No. 156. BANTAM BOOKS, INC., *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Horace S. Manges* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.

No. 160. HUNSAKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Norman L. Easley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 162. SANTA MONICA BANK ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Ernest S. Meyers* for petitioners. *Solicitor General Rankin, Thomas G. Meeker, Joseph B. Levin* and *Ellwood L. Englander* for respondent.

No. 165. SCHLOSSER, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *John M. McNally, Jr.* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Loring W. Post* and *Victor A. Altman* for respondent.

No. 166. HOLM *v.* AMERICAN SHIP BUILDING Co. C. A. 6th Cir. Certiorari denied. *S. Eldridge Sampliner* and *Harvey Goldstein* for petitioner. *Thomas V. Koykka* for respondent.

No. 171. EVANS PRODUCTION CORP. *v.* SHAW. C. A. 5th Cir. Certiorari denied. *Robert G. Storey* and *Robert M. Martin, Jr.* for petitioner. *George S. Terry* for respondent.